No. 88–6542. GATES *v.* VASQUEZ, WARDEN. C. A. 9th Cir. Petition for writ of certiorari and petition for writ of habeas corpus denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 88–6963. CARSETTI *v.* BRONSON, WARDEN. C. A. 1st Cir. Certiorari denied. JUSTICE WHITE dissents from the denial of certiorari.